| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**    K&L Ag Group, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    8 1 – 4 5 2 0 5 7 3

4. **Debtor's address**

   **Principal place of business**

   8322 FM 35
   Number    Street

   _____
   
   _____
   City            State    ZIP Code

   Hunt
   County

   **Mailing address, if different from principal place of business**

   8322 FM 35
   Number    Street

   _____
   P.O. Box

   **Royce City**                **TX**    **75189**
   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City            State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**    ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **K&L Ag Group, LLC** _____     Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__ __3__ __7__ __3__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

  ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                          MM / DD / YYYY
         District _____ When _____ Case number _____
                                          MM / DD / YYYY
         District _____ When _____ Case number _____
                                          MM / DD / YYYY

Debtor **K&L Ag Group, LLC** _____ Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ When _____ MM / DD / YYYY
Case number, if known _____

Debtor _____ Relationship _____
District _____ When _____ MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in _this district_?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number   Street
_____
_____
City                         State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

Debtor **K&L Ag Group, LLC** _____  Case number (if known) _____

14. **Estimated number of creditors**
    - ☑ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5,001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated assets**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☑ $500,001-$1 million
    - ☐ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☑ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☐ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **10/01/2019**
    MM / DD / YYYY

    X **/s/ Karen Leah Mynar** _____  **Karen Leah Mynar** _____
    Signature of authorized representative of debtor   Printed name

    Title **Authorized Officer/Member** _____

18. **Signature of attorney**

    X **/s/ William P. Rossini** _____  Date **10/01/2019**
    Signature of attorney for debtor                MM / DD / YYYY

    **William P. Rossini**
    Printed name

    **ROSSINI LAW FIRM**
    Firm name

    **6440 N. Central Expressway**
    Number       Street
    **770 Turley Law Center**

    **Dallas** _____ **TX** _____ **75206** _____
    City          State     ZIP Code

    **(214) 763-3089** _____  **WilliamP@Rossini-law.com** _____
    Contact phone              Email address

    **TSB#17309480** _____  **TX** _____
    Bar number                 State

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:  **K&L Ag Group, LLC**   CASE NO

CHAPTER  **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/1/2019   Signature  /s/ Karen Leah Mynar
*Karen Leah Mynar*
*Authorized Officer/Member*

Date _____   Signature _____

Alliance Tire
2725 W. 130
Greenille, TX 75402

Blalack & Williams
Sharon H. Sjostrom
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244

Blue Line Rentals
8401 New Trails Drive
Suite 150
The Woodlands, TX
77381

Brent Cornish
c/o Scott Ortiz
1012 Ridge Road
Rockwall, Texas 75087

Brent Cornish
c/o Grant E. Goins
2301 Forest Lane, Suite 304
Garland, Texas 75042

CHN Industrial Capital
PO Box 71264
Philadelphia, PA 19176-6264

Coleman Diesal Service, LLC
PO Box 8262
Greenville, TX 75404

Common Wealth of Massachusetts
PO Box 847840
Boston, MA
02284-7840

CTRMA
PO Box 16799
Austin, TX 78761-6799

```
Delaware DOT
PO Box 697
Dover, DE
19903-0697



Delaware River Joint Toll Bridge Commiss
NJ EZ Pass Violation Processing Center
PO Box 4971
Trenton, NJ
08650

Dominion Blvd Veterans Bridge
PO Box 1188
Chesapeake, VA
23327


Elizabeth River Tunnels
700 Port Centre Parkway
Suite B
Portsmouth, VA
23704-5901

Enverto Currency Captical
12100 Wilshire Blvd., No. 1750
Las Angeles, CA 90025-7101



Florida Department of HWY Safety
Motor Carrier Compliance Penalty Collect
2900 Apalachee Pkwy
Tallahassee, FL
32399-0500

Griffin Communications and Security
150 S 1st
Point, TX 75472



Harris County Toll Road Authority
HCTRA-Violations Dept 1
PO Box 4440
Houston, TX
77210-4440

Illinois Tollway
PO Box 5544
Chicago, IL
60680-5544
```

```
Indiana Toll Road
ITR Concession Company, LLC
52551 Ash Road
Granger, IN
46530

John Deere Financial
PO Box 6600
Johnson IA 50131-6600



K&L Ag Group, LLC
8322 FM 35
Royce City, Texas 75189



Kansas Turnpike Autority
PO Box 5018
Wichita, KS
67201-5018


Kevin Cavanaugh
c/o Rodney A. Townsend, Jr.
218 Border Street
Orange, Texas   77630


Maryland Transpotation Authority
MDTAO
PO Box 17600
Baltimore, MD
21297-7600

MTA Bridges and Tunnels
333 W. 34th St.
9th Floor
NY, NY
10001-2402

NET RMA
PO Box 16799
Austin, TX
78761-6799



New York State Thruway Authority
PO Box 15186
Albany, NY
12212-5186
```

North Carolina Quick Pass
PO Box 71116
Charlotte, NC
28272-1116


North TX Tollway Authority
PO Box 660244
Dallas, TX
75266-0244


PA Turnpike Commission
300 East Park Drive
Harrisburg, PA
17111


Port Authority NY/New Jersey
PO Box 15183
Albany, NY
12212-5183


Quartex, Inc.
500 North Michigan Ave.
Suite 1607
Chicago, IL 60611


R&T Truck Inc
c/o John Sims
PO Box 10236
Lubbock, TX
79408

River Link
PO Box 16799
Austin, TX
78761-6799


Security Bank of Crawford
6688 N. Lone Star Parkway
Crawford, TX 76638



Teleplex Communications
Ventura Blvd.
No. 350
Encino, CA 91436

```
Teletrac Navman US Ltd.
32472 Collection Center Drive
Chicago, IL 60693-0324



Texas Tag
PO Box 650749
Dallas, TX
75265-0749



The Becland Family Irrevocable Trust
c/o Joshua E. Cornish
250 League Road
Rockwall, Texas



The Becland Family Irrevocable Trust
c/o Cristy Casamento
250 League Road
Rockwall, Texas 75032



TPSCCRMA, Cacmron County Regional Mobili
CCRMA Toll Processing Services
3461 Carmen Ave.
Rancho Viejo, TX
78575
```